## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard  K.  Sterling                                CHAPTER 13

Debtor(s)

BKY. NO. 26-10213 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NA and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
28 Apr 2026, 13:32:53, EDT

Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f7d94d0be57cd911c57a70423b4f2bff348b6b6b64ac755e59cfc38c3bc68aaa