## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-10213-JCM |
| | : | |
| Leonard K. Sterling, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**February 26, 2026 – April 9, 2026**

**Next Payment Advice Expected (post-filing):**

**April 23, 2026**

C.C.                    STERLING, LEONARD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       :        CASE NO. 26-10213-JCM
                                             :
    Leonard K. Sterling,             :        CHAPTER 13
              Debtor        :
                                             :

### VERIFICATION REGARDING PROOF OF INCOME

I, Leonard K. Sterling, hereby state as follows:

1.) I am employed by Liberty Electronics Inc. where I bring home an average of $3,093.32 per month.
2.) My wife is employed by Dolgencorp, LLC where she brings home an average of $1,533.56 per month.
3.) My wife also receives Social Security Benefits in the amount of $1,056.00 per month.
4.) I was required to file 2024 – 2025 tax returns; therefore, I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

     I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: April 29, 2026                         /s/ Leonard K. Sterling
                                             Debtor

C.C.                    STERLING, LEONARD

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

**Earnings Statemen**

| | | |
|---|---|---|
| Check Date: | **February 26, 202** |
| Period Beginning: | **February 08, 202** |
| Period Ending: | **February 21, 202** |

LEONARD K STERLING    Employee Number    003322
Pay Basis    **Hourly**

| | | | |
|---|---|---|---|
| Dept | INSP | Voucher Number | 7757 |
| Cell | CI | Net Pay | 1,196.5 |
| Bus Unit | GE | Check Amount | |
| Facility | 8 | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Match | 0.00 | | 19.72 | | 74.05 |
| Overtime | 35.85 | 7.80 | 279.63 | 29.50 | 1057.58 |
| Regular | 23.90 | 75.10 | 1794.89 | 260.60 | 6228.34 |
| THR - VACA | 23.90 | 4.90 | 117.11 | 15.90 | 380.01 |
| THR - HOLI | | | | 20.00 | 478.00 |
| THR - SICK | | | | 3.50 | 83.65 |
| **Total Gross Pay** | | **87.80** | **2191.63** | **329.50** | **8227.58** |

| Taxes | Status | Taxable | Amount | YTD Ar |
|---|---|---|---|---|
| FITW | S/0 | 1627.84 | 151.19 | 549. |
| MED | | 1956.58 | 28.37 | 105. |
| MED-HI | | 1956.58 | | |
| PA | | 1956.58 | 60.07 | 223. |
| PA-610403N | | 1956.58 | 19.57 | 72. |
| PA-SUGD | | 2191.63 | 2.00 | 8. |
| PASUL-E | | 2191.63 | 1.53 | 5. |
| SS | | 1956.58 | 121.31 | 451. |
| **Total Tax Withholding** | | | **384.04** | **1417.** |

| Deductions | Amount | YTD A |
|---|---|---|
| 401K | 328.74 | 1234. |
| Aflac Pretax | 7.44 | 29. |
| Dental Pretax | 11.11 | 44. |
| Health | 216.50 | 866. |
| AFLAC STD | 14.38 | 57. |
| AFLAC Life | 32.87 | 131. |
| Vision | | 15. |
| **Total Deductions** | **611.04** | **2379.** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xx | | 996.55 |
| xx | | 150.00 |
| xxxxx | xxx02 | 50.00 |
| **Total Direct Deposits** | | **1196.55** |

---

**REMOVE DOCUMENT ALONG THIS PERFORATION**

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

Direct Deposit Advice

| Check Date | Voucher Num |
|---|---|
| February 26, 2026 | 77 |

***This is not a check***

LEONARD K STERLING
1684 Breedtown Rd
Titusville, PA 16354-7514

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

**Earnings Statement**

| | | Check Date: | February 27, 20 |
| | | Period Beginning: | February 09, 20 |
| | | Period Ending: | February 22, 20 |

LEONARD K STERLING    Employee Number    003322

Pay Basis        Hourly

| Dept | INSP | Check Number | 57444 |
| Cell | CI | Net Pay | 303. |
| Bus Unit | GE | Check Amount | 103. |
| Facility | 8 | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Match | 0.00 | | 6.02 | | 58.73 |
| THR - VACA | 22.30 | 30.00 | 669.00 | 33.50 | 747.05 |
| THR - HOLI | | | | 40.00 | 892.00 |
| Overtime | | | | 11.10 | 371.30 |
| Regular | | | | 194.40 | 4335.12 |
| THR - SICK | | | | 8.10 | 180.63 |
| **Total Gross Pay** | | **30.00** | **669.00** | **287.10** | **6526.10** |

| Taxes | Status | Taxable | Amount | YTD A |
|---|---|---|---|---|
| FITW | S/0 | 374.84 | 12.87 | 394 |
| MED | | 475.19 | 6.89 | 83 |
| MED-HI | | 475.19 | | |
| PA | | 475.19 | 14.59 | 176 |
| PA-610403N | | 475.19 | 4.75 | 57 |
| PA-SUGD | | 669.00 | 2.00 | 16 |
| PASUI-E | | 669.00 | 0.47 | 4 |
| SS | | 475.19 | 29.46 | 356 |
| **Total Tax Withholding** | | | **71.03** | **1082** |

| Deductions | Amount | YTD A |
|---|---|---|
| 401K | 100.35 | 976 |
| Dental Pretax | 33.81 | 135 |
| Health | 160.00 | 646 |
| Vision | | 20 |
| **Total Deductions** | **294.16** | **1774** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx5080 | | 150.00 |
| x | XXX0245 | 50.00 |
| **Total Direct Deposits** | | **200.00** |

— **REMOVE DOCUMENT ALONG THIS PERFORATION** —

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

**Earnings Stateme:**

| | |
|---|---|
| Check Date: | **March 12, 20** |
| Period Beginning: | **February 22, 20** |
| Period Ending: | **March 07, 20** |

**LEONARD K STERLING**   Employee Number   003322
Pay Basis        **Hourly**

| | | |
|---|---|---|
| Dept | **INSP** | Voucher Number   779: |
| Cell | **CI** | Net Pay        1,323. |
| Bus Unit | **GE** | Check Amount |
| Facility | **8** | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Match | 0.00 | | 21.76 | | 95.81 |
| Overtime | 35.85 | 14.10 | 505.49 | 43.60 | 1563.07 |
| Regular | 23.90 | 79.50 | 1900.05 | 340.10 | 8128.39 |
| THR - VACA | 23.90 | 0.50 | 11.95 | 16.40 | 391.96 |
| THR - HOLI | | | | 20.00 | 478.00 |
| THR - SICK | | | | 3.50 | 83.65 |
| **Total Gross Pay** | | **94.10** | **2417.49** | **423.60** | **10645.07** |

| Taxes | Status | Taxable | Amount | YTD A |
|---|---|---|---|---|
| FITW | S/0 | 1819.82 | 174.22 | 724 |
| MED | | 2182.44 | 31.64 | 137. |
| MED-HI | | 2182.44 | | |
| PA | | 2182.44 | 67.00 | 290. |
| PA-610403N | | 2182.44 | 21.82 | 94. |
| PA-SUGD | | 2417.49 | 2.00 | 10. |
| PASUI-E | | 2417.49 | 1.69 | 7. |
| SS | | 2182.44 | 135.31 | 587. |
| **Total Tax Withholding** | | | **433.68** | **1851.** |

| Deductions | Amount | YTD A |
|---|---|---|
| 401K | 362.62 | 1596: |
| Aflac Pretax | 7.44 | 37. |
| Dental Pretax | 11.11 | 55, |
| Health | 216.50 | 1082: |
| AFLAC STD | 14.38 | 71. |
| AFLAC Life | 32.87 | 164. |
| Vision | 15.69 | 31. |
| **Total Deductions** | **660.61** | **3039.** |

| Direct Deposits | Account | Amount |
|---|---|---|
| XXX…5050 | …01 | 1173.20 |
| XXX… | | 150.00 |
| **Total Direct Deposits** | | **1323.20** |

---

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

Direct Deposit advice

Check Date        Voucher Num
March 12, 2026         77

***This is not a check***

LEONARD K STERLING
1684 Breedtown Rd
Titusville, PA 16354-7514

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

**Earnings Stateme**

| | |
|---|---|
| Check Date: | March 26, 20 |
| Period Beginning: | March 08, 20 |
| Period Ending: | March 21, 20 |

LEONARD K STERLING      Employee Number      003322
Pay Basis            **Hourly**

| Dept | **INSP** | Voucher Number | 785 |
|---|---|---|---|
| Cell | **CI** | Net Pay | 1,334. |
| Bus Unit | **GE** | Check Amount | |
| Facility | **8** | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Match | 0.00 | | 21.69 | | 123.68 |
| Overtime | 35.85 | 13.90 | 498.32 | 57.50 | 2061.39 |
| Regular | 23.90 | 80.00 | 1912.00 | 420.10 | 10040.39 |
| THR - HOLI | | | | 20.00 | 478.00 |
| THR - PROF | | | | | 687.02 |
| THR - SICK | | | | 3.50 | 83.65 |
| THR - VACA | | | | 16.40 | 391.96 |
| **Total Gross Pay** | **93.90** | | **2410.32** | **517.50** | **13742.41** |

| Taxes | Status | Taxable | Amount | YTD A |
|---|---|---|---|---|
| FITW | S/0 | 1813.72 | 173.49 | 897 |
| MED | | 2175.27 | 31.54 | 178 |
| MED-HI | | 2175.27 | | |
| PA | | 2175.27 | 66.78 | 378 |
| PA-610403N | | 2175.27 | 21.75 | 123 |
| PA-SUGD | | 2410.32 | 2.00 | 12 |
| PASUI-E | | 2410.32 | 1.69 | 9 |
| SS | | 2175.27 | 134.87 | 764 |
| **Total Tax Withholding** | | | **432.12** | **2364** |

| Deductions | Amount | YTD A |
|---|---|---|
| 401K | 361.55 | 2061. |
| Aflac Pretax | 7.44 | 44. |
| Dental Pretax | 11.11 | 66. |
| Health | 216.50 | 1299. |
| AFLAC STD | 14.38 | 86. |
| AFLAC Life | 32.87 | 197. |
| Vision | | 31. |
| **Total Deductions** | **643.85** | **3786.** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxx | | 1184.35 |
| xxxx | | 150.00 |
| **Total Direct Deposits** | | **1334.35** |

---

**REMOVE DOCUMENT ALONG THIS PERFORATION**

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

Liberty Electronics Inc
89 Howard Street
Franklin, PA 16323

Direct Deposit

| Check Date | Voucher Num |
|---|---|
| March 26, 2026 | 78 |

**\*\*\*This is not a check\*\*\***

LEONARD K STERLING
1684 Breedtown Rd
Titusville, PA 16354-7514

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

Earnings Stateme

| | | Check Date: | March 26, 2 |
| | | Period Beginning: | March 08, 2 |
| | | Period Ending: | March 21, 2 |

**LEONARD K STERLING**   Employee Number   003322
Pay Basis   **Hourly**

| Dept | INSP | Voucher Number | 78 |
| Cell | CI | Net Pay | 502 |
| Bus Unit | GE | Check Amount | |
| Facility | 8 | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Match | 0.00 | | 6.18 | | 123.68 |
| THR - PROF | 0.00 | | 687.02 | | 687.02 |
| THR - HOLI | | | | 20.00 | 478.00 |
| Overtime | | | | 57.50 | 2061.39 |
| Regular | | | | 420.10 | 10040.39 |
| THR - SICK | | | | 3.50 | 83.65 |
| THR - VACA | | | | 16.40 | 391.96 |
| **Total Gross Pay** | | | 687.02 | 517.50 | 13742.41 |

| Taxes | Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S/0 | 583.97 | | 89 |
| MED | | 687.02 | 9.97 | 17 |
| MED-HI | | 687.02 | | |
| PA | | 687.02 | 21.09 | 37 |
| PA-610403N | | 687.02 | 6.87 | 12 |
| PA-SUGD | | 687.02 | | 1 |
| PASUI-E | | 687.02 | 0.48 | 9 |
| SS | | 687.02 | 42.59 | 764 |
| **Total Tax Withholding** | | | 81.00 | 2364 |

| Deductions | Amount | YTD A |
|---|---|---|
| 401K | 103.05 | 2061 |
| Aflac Pretax | | 44 |
| Dental Pretax | | 66 |
| Health | | 1299 |
| AFLAC STD | | 86 |
| AFLAC Life | | 197 |
| Vision | | 31 |
| **Total Deductions** | 103.05 | 3786 |

| Direct Deposits | Account | Amount |
|---|---|---|
| XXX | | 352.97 |
| XXX | | 150.00 |
| **Total Direct Deposits** | | 502.97 |

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

Liberty Electronics Inc
89 Howard Street
Franklin, PA 16323

**Check Date**   **Voucher Num**
March 26, 2026   785

**\*\*\*This is not a check\*\*\***

LEONARD K STERLING
1684 Breedtown Rd
Titusville, PA 16354-7514

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

**Earnings Statement**

| | |
|---|---|
| Check Date: | April 09, 202 |
| Period Beginning: | March 22, 202 |
| Period Ending: | April 04, 202 |

LEONARD K STERLING    Employee Number    003322

Pay Basis    Hourly

| | | | |
|---|---|---|---|
| Dept | INSP | Voucher Number | 7892 |
| Cell | CI | Net Pay | 1,049.8 |
| Bus Unit | GE | Check Amount | |
| Facility | 8 | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Match | 0.00 | | 17.85 | | 141.53 |
| Overtime | 35.85 | 2.00 | 71.70 | 59.50 | 2133.09 |
| Regular | 23.90 | 80.00 | 1912.00 | 500.10 | 11952.39 |
| THR - HOLI | | | | 20.00 | 478.00 |
| THR - PROF | | | | | 687.02 |
| THR - SICK | | | | 3.50 | 83.65 |
| THR - VACA | | | | 16.40 | 391.96 |
| **Total Gross Pay** | | **82.00** | **1983.70** | **599.50** | **15726.11** |

| Taxes | Status | Taxable | Amount | YTD Ar |
|---|---|---|---|---|
| FITW | S/0 | 1451.09 | 129.98 | 1027.4 |
| MED | | 1748.65 | 25.35 | 204.3 |
| MED-HI | | 1748.65 | | |
| PA | | 1748.65 | 53.68 | 432.2 |
| PA-610403N | | 1748.65 | 17.49 | 140.1 |
| PA-SUGD | | 1983.70 | 2.00 | 14.0 |
| PASUI-E | | 1983.70 | 1.39 | 11.0 |
| SS | | 1748.65 | 108.42 | 873.0 |
| **Total Tax Withholding** | | | **338.31** | **2702.7** |

| Deductions | Amount | YTD Ar |
|---|---|---|
| 401K | 297.56 | 2358.9 |
| Aflac Pretax | 7.44 | 52.0 |
| Dental Pretax | 11.11 | 77.7 |
| Health | 216.50 | 1515.2 |
| AFLAC STD | 14.38 | 100.6 |
| AFLAC Life | 32.87 | 230.0 |
| Vision | 15.69 | 47.0 |
| **Total Deductions** | **595.55** | **4382.0** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxx | | 899.84 |
| xxxx5096 | | 150.00 |
| **Total Direct Deposits** | | **1049.84** |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**Liberty Electronics Inc**
189 Howard Street
Franklin, PA 16323

Direct Deposit Advice

| Check Date | Voucher Num |
|---|---|
| April 09, 2026 | 78 |

***This is not a check***

LEONARD K STERLING
1684 Breedtown Rd
Titusville, PA 16354-7514